# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric L. Tolbert,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 3:05-cv-294-2

FNU Rowland, Admin.,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/23/05 Order.

**Signed: June 27, 2005**

_____

Frank G. Johns, Clerk
United States District Court